# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
NOV 2 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**United States of America**
vs.
Loc Huu Chau

Case No. 1:13CR0136

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Loc Huu Chau____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the Home Detention component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments to BI Monitoring until her monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   _____
Signature of Defendant      Date
Loc Huu Chau

Pretrial Services Officer
Services/Probation Officer       Date 11-21-13
Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____   Date 11/21/13
Signature of Assistant United States Attorney
Grant Rabenn

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____   11-22-13
Signature of Defense Counsel   Date
Daniel Harralson

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  11/22/13  .
[ ] The above modification of conditions of release is *not* ordered.

_____   11/22/13  Date
Signature of Judicial Officer

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services